## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

### CASE NO.: 0:14-CV-62477-RNS

FEDNIE MATHIEU ANDUZE,

          Plaintiff,

 vs.

BAYVIEW LOAN SERVICING, LLC,

          Defendant.

_____/

### PARTIES' JOINT INTERIM STATUS REPORT

        **COME NOW** Plaintiff, FEDNIE MATHIEU ANDUZE, ("Plaintiff") and Defendant, BAYVIEW LOAN SERVICING, LLC, ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, and hereby file this Joint Interim Status Report as required by this Court's January 20, 2015, Scheduling Order. [D.E. 17]:

| Questions | Parties Responses |
|---|---|
| a. Have all defendants been served? If not, state the reasons. | Yes. |
| b. Have all defendants responded to the complaint? If not, state the reasons. | Yes. |
| c. If this is a class action, has a motion for class certification been filed? If so, what is its status? | This is not a class action. |
| d. Have the parties agreed on and selected a mediator? Have the parties agreed upon a place, date, and time for mediation? | Yes. The parties have agreed on Fred Berman as mediator. The parties have filed a proposed order scheduling mediation on March 20, 2015, for a mediation date of May 5, 2015, at 9:30am [ECF No. 18]. |

| | |
|---|---|
| e. Have the parties engaged in informal settlement negotiations? If not, explain the reasons for the failure to do so. If yes, state the status of such negotiations (e.g., ongoing, impasse, etc.) and the relative prospects for resolution through informal means. | The parties have not engaged in informal settlement negotiations. The parties anticipate that informal settlement negotiations will begin after the Court's ruling on the Defendant's pending motion to dismiss. |
| f. Describe the status of discovery conducted to date, and identify whether the parties reasonably believe that they will be able to complete discovery by the Court's deadline. If not, explain the reasons. | Plaintiff has served discovery requests to Defendant. Defendant has served discovery requests to Plaintiff. The parties reasonably believe that they will be able to complete discovery by the Court's deadline. |
| g. Identify any other issues that the Court should be aware of that may affect the resolution of this matter or the schedule as currently set. | None. |

## CONSENT OF COUNSEL FOR DEFENDANT

Pursuant to Rule 3J (3) of the Administrative Procedures of the United States District Court for the Southern District of Florida, the undersigned counsel for Plaintiff represents to the Court that counsel for Defendant has authorized him to affix his electronic signature to this Joint Interim Status Report.

| | |
|---|---|
| */s/Yechezkel Rodal* | */s/ Manuel S. Hiraldo* |
| Yechezkel Rodal, Esq. | Manuel S. Hiraldo, Esq. |
| Florida Bar No. 91210 | Florida Bar No. 30380 |
| Aaron Silvers, Esq. | Albert D. Gibson, Esq. |
| Florida Bar No. 104811 | Florida Bar No. 50765 |
| chezky@floridaloanlawyers.com | mhiraldo@blankrome.com |
| Loan Lawyers, LLC | Blank Rome LLP |
| 2150 S. Andrews Ave., 2nd Floor | 1200 N. Federal Highway, Ste. 312 |
| Fort Lauderdale, FL 33316 | Boca Raton, FL 33432 |
| Telephone: (954) 523-4357 | Telephone: (561) 417-8100 |
| Facsimile: (954) 581-2786 | Facsimile: (561) 417-8101 |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on March 20, 2015 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Manuel S. Hiraldo, Esq.
Blank Rome LLP
1200 N. Federal Highway, Ste. 312
Boca Raton, FL 33432
Counsel for Defendant
Service by CM/ECF

LOAN LAWYERS, LLC
*Attorneys for Plaintiff*
2150 S. Andrews Ave., 2nd Floor
Fort Lauderdale, FL 33316
Telephone:     (954) 523-4357
Facsimile:     (954) 581-2786

/s/Yechezkel Rodal_____
YECHEZKEL RODAL ESQ.
FBN 091210
E-Mail: chezky@floridaloanlawyers.com